

# OFFICE OF THE PROPERTY APPRAISER

## Detailed Report

Generated On : 6/15/2023

| Property Information | |
|---|---|
| Folio: | 30-4004-042-0630 |
| Property Address: | 625 SW 93 CT<br>Miami, FL 33174-2262 |
| Owner | SONIA R LACAYO &<br>NORMAN & SONIA C & CARLA LACAYO |
| Mailing Address | 625 SW 93 CT<br>MIAMI, FL 33174-2262 |
| PA Primary Zone | 2800 TOWNHOUSE |
| Primary Land Use | 0410 RESIDENTIAL - TOTAL VALUE : TOWNHOUSE |
| Beds / Baths / Half | 3 / 2 / 0 |
| Floors | 1 |
| Living Units | 1 |
| Actual Area | 1,295 Sq.Ft |
| Living Area | 1,295 Sq.Ft |
| Adjusted Area | 1,295 Sq.Ft |
| Lot Size | 3,000 Sq.Ft |
| Year Built | 1978 |

| Assessment Information | | | |
|---|---|---|---|
| Year | 2022 | 2021 | 2020 |
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| XF Value | $0 | $0 | $0 |
| Market Value | $257,200 | $245,000 | $233,000 |
| Assessed Value | $122,423 | $118,858 | $117,217 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2022 | 2021 | 2020 |
| Save Our Homes Cap | Assessment Reduction | $134,777 | $126,142 | $115,783 |
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Senior Homestead | Exemption | $50,000 | $50,000 | $50,000 |
| Long-Term Resident Senior | Exemption | $21,923 | $18,358 | |
| Widow | Exemption | $500 | $500 | |
| Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional). | | | | |



| Taxable Value Information | | | |
|---|---|---|---|
| | 2022 | 2021 | 2020 |
| **County** | | | |
| Exemption Value | $122,423 | $118,858 | $100,000 |
| Taxable Value | $0 | $0 | $17,217 |
| **School Board** | | | |
| Exemption Value | $25,500 | $25,500 | $25,000 |
| Taxable Value | $96,923 | $93,358 | $92,217 |
| **City** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $0 | $0 | $0 |
| **Regional** | | | |
| Exemption Value | $50,500 | $50,500 | $50,000 |
| Taxable Value | $71,923 | $68,358 | $67,217 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:



# OFFICE OF THE PROPERTY APPRAISER

Generated On : 6/15/2023

**Property Information**

**Folio:** 30-4004-042-0630

**Property Address:**  625 SW 93 CT

## Roll Year **2022** Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |

| Building Information | | | | | |
|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

# OFFICE OF THE PROPERTY APPRAISER

Generated On : 6/15/2023

**Property Information**

**Folio:** 30-4004-042-0630

**Property Address:** 625 SW 93 CT

## Roll Year **2021** Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |

| Building Information | | | | | |
|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

# OFFICE OF THE PROPERTY APPRAISER

Generated On : 6/15/2023

**Property Information**

**Folio:** 30-4004-042-0630

**Property Address:** 625 SW 93 CT Miami, FL 33174-2262

## Roll Year 2020 Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |

| Building Information | | | | | | |
|---|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

# OFFICE OF THE PROPERTY APPRAISER

Generated On : 6/15/2023

## Property Information

**Folio:** 30-4004-042-0630

**Property Address:** 625 SW 93 CT

| Full Legal Description |
|---|
| VILLAS OF MADEIRA SEC 3 |
| PB 108-59 |
| LOT 1 BLK 38 & |
| PROP INT IN & TO COMMON ELEMENTS |
| LOT SIZE 2805 SQ FT |
| OR 14158-3686 0689 1 |

| Sales Information | | | |
|---|---|---|---|
| Previous Sale | Price | OR Book-Page | Qualification Description |
| 06/01/1989 | $68,000 | 14158-3686 | Sales which are qualified |
| 12/01/1978 | $44,500 | 10255-0129 | Sales which are qualified |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version: