| | |
|---|---|
| Possible People Information | 2 |
|    Person Overview | 2 |
|    Date of Birth Summary | 2 |
|    SSN Summary | 2 |
|    Name Variations | 2 |
|    Addresses | 2 |
|    Phone Numbers | 3 |
| Possible Asset Information | 3 |
|    Real Property Transactions | 3 |
|    Vehicle Registrations | 3 |
| Possible Business & Employment | 3 |
|    Corporate Records & Business Registrations | 3 |
| Full-Text Documents | 4 |
|    All Full-Text Documents | 4 |
| Possible Relatives & Household Members | 37 |
|    Household Records | 37 |
| Possible Named Parties | 38 |
|    People Associations | 38 |
|    Business Associations | 38 |
| No Documents Found | 38 |
|    No Documents Were Found In These Sources | 38 |
| Permissible Uses and FCRA Disclaimer | 39 |
|    Permissible Uses | 39 |



Thomson Reuters. No claim to original U.S. Government Works.     1

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or any other purpose authorized under the FCRA.**

## Possible People Information

**Person Overview**

| | |
|---|---|
| **NORMAN JAVIER LACAYO**<br>625 SW 93RD CT<br>MIAMI, FL 33174-2262 \| MIAMI-DADE County<br>**Phone Number(s):**<br>305-559-2982<br>**SSN:**<br>■■■■■■■■■■■■■■■<br>**DOB:**<br>■■■■■■■■■■ |  |

**Date of Birth Summary**

| Date of Birth | Source |
|---|---|
| ■■■■■■■■■■ | People Find  \|  People Historical  \|  People Household |

**SSN Summary**

| SSN | Source |
|---|---|
| ■■■■■■■■■■■■■ | People Find  \|  People Historical |

**Name Variations**

| Name | Source |
|---|---|
| NORMAN J LACAYO | People Find  \|  People Historical |
| MR NORMAN J LACAYO SR | People Household |

**Addresses**

| Address |
|---|
| **625 SW 93RD CT, MIAMI, FL 33174-2262 \| MIAMI-DADE County** |
| *Reported 01/01/1992 - 03/08/2023* |
| By Motor Vehicle 05/17/2021 - 03/08/2023    Motor Vehicle #1  \|  Motor Vehicle #2  \|  Motor Vehicle #3  \|  Motor Vehicle #4 |
| By People Household 01/01/1992 - 11/30/2012    People Household |
| By People Find 01/23/2003 - 01/23/2003    People Find |


The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.