| | |
|---|---|
| Possible People Information | 2 |
|    Person Overview | 2 |
|    Date of Birth Summary | 2 |
|    SSN Summary | 2 |
|    Name Variations | 2 |
|    Addresses | 2 |
|    Voter Registrations | 3 |
|    Phone Numbers | 3 |
| Possible Asset Information | 3 |
|    Real Property Transactions | 3 |
|    Vehicle Registrations | 3 |
| Possible Business & Employment | 4 |
|    Corporate Records & Business Registrations | 4 |
| Full-Text Documents | 4 |
|    All Full-Text Documents | 4 |
| Possible Relatives & Household Members | 27 |
|    Household Records | 27 |
| Possible Named Parties | 27 |
|    People Associations | 27 |
|    Business Associations | 28 |
| No Documents Found | 28 |
|    No Documents Were Found In These Sources | 28 |
| Permissible Uses and FCRA Disclaimer | 28 |
|    Permissible Uses | 28 |



The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Possible People Information

**Person Overview**

| | |
|---|---|
| **CARLA V LACAYO**<br><br>625 SW 93RD CT FL MIAMI<br><br>MIAMI, FL 33174-2262 \| MIAMI-DADE County<br><br>**Phone Number(s):**<br><br>305-559-2982<br><br>559-9282<br><br>**SSN:**<br><br><br><br>**DOB:** |  |

**Date of Birth Summary**

| Date of Birth | Source | |
|---|---|---|
|  | People Find | People Historical |

**SSN Summary**

| SSN | Source | |
|---|---|---|
|  | People Find | People Historical |

**Name Variations**

| Name | Source | |
|---|---|---|
| KARLA VANESSA LACAYO | Voters Registration #1 | Voters Registration #2 |
| KARLA V LACAYO | People Find | |
| CARLA LACAYO | People Find | People Household |
| ARLA V LACAYO | People Historical | |

**Addresses**

| Address |
|---|
| **625 SW 93RD CT FL MIAMI, MIAMI, FL 33174-2262 \| MIAMI-DADE County**<br>*Reported 01/01/1993 - 07/29/2022* |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.