Possible People Information　　　　　　　　　　　　　　　　　　　　　　　　　2
　Person Overview　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2
　Date of Birth Summary　　　　　　　　　　　　　　　　　　　　　　　　　　2
　SSN Summary　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2
　Name Variations　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2
　Addresses　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　3
　Phone Numbers　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　3
Possible Asset Information　　　　　　　　　　　　　　　　　　　　　　　　　3
　Real Property Transactions　　　　　　　　　　　　　　　　　　　　　　　　3
　Vehicle Registrations　　　　　　　　　　　　　　　　　　　　　　　　　　　4
Full-Text Documents　　　　　　　　　　　　　　　　　　　　　　　　　　　　4
　All Full-Text Documents　　　　　　　　　　　　　　　　　　　　　　　　　　4
Possible Relatives & Household Members　　　　　　　　　　　　　　　　　　　52
　Household Records　　　　　　　　　　　　　　　　　　　　　　　　　　　　52
Possible Named Parties　　　　　　　　　　　　　　　　　　　　　　　　　　　52
　People Associations　　　　　　　　　　　　　　　　　　　　　　　　　　　　53
　Business Associations　　　　　　　　　　　　　　　　　　　　　　　　　　　53
No Documents Found　　　　　　　　　　　　　　　　　　　　　　　　　　　　53
　No Documents Were Found In These Sources　　　　　　　　　　　　　　　　　53
Permissible Uses and FCRA Disclaimer　　　　　　　　　　　　　　　　　　　　53
　Permissible Uses　　　　　　　　　　　　　　　　　　　　　　　　　　　　　53



EXHIBIT D

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or any other purpose authorized under the FCRA.

## Possible People Information

**Person Overview**

SONIA LACAYO

625 SW 93RD CT

MIAMI, FL 33174-2262 | MIAMI-DADE County

**Phone Number(s):**

305-559-2982

559-2882

**SSN:**

**DOB:**



**Date of Birth Summary**

| Date of Birth | Source |
|---|---|
|  | People Find   \|   People Historical #1   \|   People Historical #2   \|   People Historical #3   \|   People Household |
| | People Find   \|   People Historical   \|   People Household |

**SSN Summary**

| SSN | Source |
|---|---|
| | People Find   \|   People Historical #1   \|   People Historical #2   \|   People Historical #3 |
| | People Historical |

**Name Variations**

| Name | Source |
|---|---|
| SONIA CAROLINA LACAYO | Voters Registration |
| LACAYO SONIA | People Find   \|   People Historical |
| SONIA C LACAYO | People Find   \|   People Historical #1   \|   People Historical #2 |
| KARLA V LACAYO | People Find |
| CARLA N LACAYO | People Find |
| SONIA ROSALES | People Historical |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Table of Contents

Subject Information: ............................................................................................................................... 2

Locate Report Summary ........................................................................................................................ 2

Possible Employers ................................................................................................................................ 2

Best Addresses to mail: ......................................................................................................................... 2

Possible Email Addresses: .................................................................................................................... 3

Best Numbers to call for subject: ......................................................................................................... 3

Commercial Numbers found at subject's addresses: ........................................................................ 3

Best Relatives Phone Numbers: .......................................................................................................... 3

Best 1st Degree Relatives Phone Numbers: ...................................................................................... 3

Best 2nd Degree Relatives Phone Numbers: .................................................................................... 3

Best 3rd Degree Relatives Phone Numbers: ..................................................................................... 3

Likely Associates Phone Numbers: ..................................................................................................... 3

Possible Associates Listed Land Line Phone Numbers: .................................................................. 3

Neighbors Listed Land Line Phone Numbers: ................................................................................... 4

Current Vehicles: .................................................................................................................................... 5

Past Vehicles: .......................................................................................................................................... 9

Current Property Deeds: ...................................................................................................................... 13

Past Property Deeds: ........................................................................................................................... 13

Business Associations: ........................................................................................................................ 15

Corporations: ......................................................................................................................................... 15

Liens: ...................................................................................................................................................... 16

Judgments: ............................................................................................................................................ 16

Bankruptcy Records (None Found) ................................................................................................... 16

**Important:**                                                                 ONLINE REPORT

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Locate Report

**Locate Report**
**Date:** 06/09/2023
Reference ID: **LACAYO**

## Subject Information:

Name: **SONIA CAROLINA LACAYO**
Name: **SONIA ROSALES**

Date of Birth:
Gender: **Female**
SSN:

## Locate Report Summary

Bankruptcies: **None found**
Possible Phones: **5 found**
Driver's License: **6 found**
Address(es) found: **1 found**
Possible Criminal Records: **None found**

## Possible Employers

**None Found**

## Best Addresses to mail:

**625 SW 93RD CT, MIAMI, FL 33174-2262 (MIAMI-DADE COUNTY)** (08/01/1989 to 06/09/2023)

## Possible Email Addresses:

slacayo@myway.com (56%)
slacayo@cox.net (56%)

## Best Numbers to call for subject:

**(305) 559-2982** (ET) Active Land Line (100%)
**(305) 559-2882** (ET) Land Line (66%)
**(405) 602-2950** (CT) VoIP (36%)
**(559) 298-2982** (PT) Land Line (20%)
**(305) 223-4541** (ET) Land Line (3%)

## Commercial Numbers found at subject's addresses:

**None Found**

## Best Relatives Phone Numbers:

**None Found**

## Best 1st Degree Relatives Phone Numbers:

**SONIA CAROLINA LAEAYO** Age: 57  **[ View Person Record ]**
**(305) 559-2982**  (ET) (100%)
**(786) 210-6873**  (ET) (86%)


**NORMAN JAVIER LACAYO SR** Age: 59  **[ View Person Record ]**
**(305) 559-2982**  (ET) (100%)
**(305) 331-4169**  (ET) (89%)


**KARLA VANESA LACAYO** Age: 56  **[ View Person Record ]**
**(305) 559-2982**  (ET) (100%)
**(305) 331-4169**  (ET) (89%)



## Best 2nd Degree Relatives Phone Numbers:

**None Found**

## Best 3rd Degree Relatives Phone Numbers:

**None Found**


## Likely Associates Phone Numbers:

**None Found**

## Possible Associates Listed Land Line Phone Numbers:

**None Found**