# Photo Sheet

**Crawford & Company**

**Mario Munoz**
**General Adjuster**
**Crawford Claims Solutions**
**Tel: (954) 789-6932**
**Mario.Munoz@us.crawco.com**

| | |
|---|---|
| Insured: | CARMELO A & SONIA C LACAYO |
| Claim #: | PP0019072106 |
| Policy #: | 55RBB572335 |



**1-RISK**

Date Taken: 10/19/2021

Taken By:   Mario Munoz

Risk address



**2-RISK**

Date Taken: 9/28/2021

Taken By:   Mario Munoz

Left elevation

**EXHIBIT E**

# Photo Sheet

**Crawford & Company**

Mario Munoz
General Adjuster
Crawford Claims Solutions
Tel: (954) 789-6932
Mario.Munoz@us.crawco.com

| | |
|---|---|
| Insured: | CARMELO A & SONIA C LACAYO |
| Claim #: | PP0019072106 |
| Policy #: | 55RBB572335 |



**52-BACK HALLWAY**

Date Taken: 10/19/2021

Taken By:   Mario Munoz

Overview



**53-BEDROOM**

Date Taken: 10/19/2021

Taken By:   Mario Munoz

Damage to ceiling

# Photo Sheet

**Crawford & Company**

**Mario Munoz**
**General Adjuster**
**Crawford Claims Solutions**
Tel: (954) 789-6932
Mario.Munoz@us.crawco.com

Insured:   CARMELO A & SONIA C LACAYO
Claim #:   PP0019072106
Policy #:  55RBB572335



**64-BEDROOM 2**
Date Taken: 10/19/2021
Taken By:    Mario Munoz
No visible damage



**65-BEDROOM 2**
Date Taken: 10/19/2021
Taken By:    Mario Munoz
No visible damage

# Photo Sheet

**Crawford & Company**

**Mario Munoz**
**General Adjuster**
**Crawford Claims Solutions**
**Tel: (954) 789-6932**
**Mario.Munoz@us.crawco.com**

Insured: CARMELO A & SONIA C LACAYO
Claim #: PP0019072106
Policy #: 55RBB572335



**70-MASTER BEDROOM**
Date Taken: 10/19/2021
Taken By:   Mario Munoz
Damage to ceiling



**71-MASTER BEDROOM**
Date Taken: 10/19/2021
Taken By:   Mario Munoz
Damage to ceiling