IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-22220-CIV-MARTINEZ-BECERRA

SONIA CAROLINA LACAYO, CARLA
LACAYO, NORMAN LACAYO and
SONIA R. LACAYO

    Plaintiffs,
vs.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST

    Defendant.
_____/

**JOINT MOTION TO EXTEND EXPERT REPORT
DISCLOSURE AND EXPERT DISCOVERY DEADLINE**

COME NOW, Plaintiffs, SONIA CAROLINA LACAYO, CARLA LACAYO, NORMAN LACAYO and SONIA R. LACAYO, and Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST ("THE HARTFORD"), by and through their respective undersigned counsel, and file this Joint Motion to Extend Deadline to Disclose Expert Report, in support thereof states:

1. This Court's June 16, 2023, trial order requires the Parties to disclose their respective experts on November 6, 2023, [D.E. 4].

1

2. The Parties have timely disclosed the names of their experts, as well as their curriculum vitae and fee schedule. However, the Parties require additional time to produce the required reports from their respective Expert Witnesses.

3. The discovery deadline does not expire until January 25, 2024.

4. The Parties' respective experts have not yet inspected the property, and will require additional time to submit their reports following the inspection.

5. Pursuant to Rule 6(b), Plaintiffs and Defendant move to extend the expert disclosure deadline to December 11, 2023.

6. Upon a showing of good cause, Rule 6(b)(1)(A) allows a Court the discretion to grant a timely motion for extension of time. See *Lizarazo v. Miami-Dade Corrections and Rehabilitation Dept.,* 878 F.3d 1008, 1010-1011 (11th Cir. 2017).

7. In *Lizarazo,* the 11th Circuit explained that "[a] timely motion to extend is reviewed for good cause…and 'should be liberally granted absent a showing of bad faith…or undue prejudice." *Id.* at 1012 citing *United States v. Miller Bros. Construction Co.,* 505 F.2d 1031, 1035 (10th Cir. 1974).

8. The Parties file this Joint Motion within the current deadline for expert discovery in good faith, and not for purposes of delay. Neither party will be prejudiced by the relief sought in this Motion.

9. Pursuant to this Honorable Court's ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE [DE 4], the Parties state that the requested extension will not affect the trial date or any other deadline set forth in the timetable stated therein.

10. If the relief sought is not granted, the Parties will be significantly prejudiced in that they will not have a sufficient opportunity to present expert testimony in support of their respective cases.

WHEREFORE, based on the foregoing, Plaintiffs, SONIA CAROLINA LACAYO, CARLA LACAYO, NORMAN LACAYO and SONIA R. LACAYO, and Defendant, The Hartford, respectfully request that this Honorable Court enter an Order granting the Parties' requested extension of the expert disclosure deadline to December 11, 2023, and any other relief this Court deems just and appropriate under the circumstances.

DENNIS A. DONET, P.A.

By: */s/ Dennis A. Donet*
DENNIS A. DONET, ESQ.
Florida Bar No.: 129569
Co-counsel for Plaintiffs
9100 S. Dadeland Blvd., Suite 906
Miami, FL 33156
Telephone: (305) 670-0074
Fax: (305) 670-0061
Email: dennis.donet@donetlaw.com
Email: FedService@donetlaw.com

BUTLER WEIHMULLER KATZ CRAIG LLP

*/s/ Tracy A. Jurgus*
TRACY A. JURGUS, ESQ.
Florida Bar No.: 483737
tjurgus@butler.legal
AMY B. FUERTES, ESQ.
Florida Bar No.: 85416
afuertes@butler.legal
Secondary: phutson@butler.legal
Mail Center: 400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (305) 416-9998
Facsimile: (305) 416-6848
*Attorneys for Defendant, Hartford Insurance Company of the Midwest*