IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-22220-CIV-MARTINEZ-BECERRA

SONIA CAROLINA LACAYO, CARLA
LACAYO, NORMAN LACAYO and
SONIA R. LACAYO

      Plaintiffs,
vs.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST

      Defendant.
_____/

**AGREED ORDER GRANTING JOINT MOTION TO EXTEND EXPERT REPORT DISCLOSURE AND EXPERT DISCOVERY DEADLINE**

**THIS CAUSE** was considered by the Court on the Joint Motion to Extend Expert Report Disclosure and Expert Discovery Deadline.

THE COURT having considered the grounds for the Motion, and considered the applicable law, Federal Rule of Civil Procedure 6(b):

**ORDERED AND ADJUDGED**, as follows, Joint's Motion is GRANTED. Defendant and Plaintiff shall serve their expert report by December 11, 2023.

It is so Ordered.

DONE and ORDERED in Chambers in Miami-Dade County, FL, on _____.

                                          _____
                                          The Honorable Jacqueline Becerra
                                          United States Magistrate Judge

Copies Furnished To:
Carlos L. Santi, Esq., Dennis A. Donet, Esq.
Tracy A. Jurgus, Esq., Amy B. Fuertes, Esq.