UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22220-JEM

SONIA CAROLINA LACAYO,
CARLA V. LACAYO,
NORMAN LACAYO AND SONIA R.
LACAYO,

    Plaintiffs,
v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

## NOTICE OF WITHDRAWAL

Defendant hereby withdraws Defendant's Motion to Show Cause for Non-Party, The Villas of Madeira Homeowners Association [DE 44] filed May 2, 2024. Non-Party, The Villas of Madeira Homeowners Association has provided the requested records. Defendant respectfully requests that the hearing scheduled for May 29, 2024 be cancelled.

BUTLER WEIHMULLER KATZ CRAIG LLP
/s/ Amy B. Fuertes
TRACY A. JURGUS, ESQ.
Florida Bar No.: 483737
tjurgus@butler.legal
AMY B. FUERTES, ESQ.
Florida Bar No: 85416
afuertes@butler.legal
Secondary: phutson@butler.legal
Mail Center: 400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (305) 416-9998
Facsimile: (305) 416-6848
*Attorneys for Defendant, Hartford Insurance Company of the Midwest*

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

Dennis A. Donet, Esq.
9100 S. Dadeland Blvd., Suite 906
Miami, FL 33156
dennis.donet@donetlaw.com
FedService@donetlaw.com
*Attorneys for Plaintiffs Sonia Carolina Lacayo,*
*Carla V. Lacayo, Norman Lacayo, and Sonia R. Lacayo*

Carlos L. Santi, Esq.
Property & Casualty Law Group
2307 Douglas Road, Suite 302
Miami, FL  33145-3057
csanti@pclawgroup.com
*Attorneys for Plaintiffs Sonia Carolina Lacayo,*
*Carla V. Lacayo, Norman Lacayo, and Sonia R. Lacayo*

The Villas of Madeira Homeowners Association, Inc
c/o Registered Agent
Juan Paul Arcia, PA
175 SW 7 Street, Suite 2000
Miami, FL 33130
***A copy of this motion has been sent via email to Paul Arcia parcia@arcialaw.com;***
***Laura Maya lmaya@arcialaw.com; Manuela Ramirez mramirez@arcialaw.com;***
***Silvana Penayo@spenayo@arcialaw.com; Vanessa Logan vlogan@arcialaw.com***
***And by US Certified Mail***

via email e-service on May 24, 2024.

/s/ Amy B. Fuertes_____

AMY B. FUERTES, ESQ.

2